September 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

AGILE SEISMIC, L.L.C., Appellant

NO. 14-12-00732-CV            V.

DYNAMIC GLOBAL ADVISORS COMPANY, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 17, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Agile Seismic, L.L.C.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.